# EMPLOYMENT DISCRIMINATION COMPLAINT FORM
## Texas Workforce Commission Civil Rights Division
Please return this form by:
Mail: 101 East 15th Street, Guadalupe CRD, Austin, TX 78778-0001
Email: EEOIntake@twc.state.tx.us
Telephone: (888) 452-4778 *or*
Fax: (512) 482-8465 (Please include a cover sheet with your name and the total # of pages

TWCCRD#_____ ._____

EEOC#_____

---

*Please indicate if you have previously filed this complaint with any of the agencies below:*

☐ Texas Workforce Commission Civil Rights Division (TWCCRD)
☐ Equal Employment Opportunity Commission (EEOC)
☐ City of Austin Equal Employment and Fair Housing Office
☐ Corpus Christi Human Relations Division
☐ Fort Worth Human Relations Department

DATE RECEIVED (For Official Use)

United States Courts
Southern District of Texas
FILED

MAR 05 2018

David J. Bradley, Clerk of Court

---

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

---

Complainant Full Name: **Mr. Lee Arthur Hickman**

Address Line 1: **217 East 30th Street**
Address Line 2:
City/State/Zip: **Houston, Texas 77018**
Home Phone #:
Other Phone #: **(832) 364-9478**
Email:

Complainant Representative (Optional): *(If you are represented by an attorney, please have them submit a letter of representation):* **none**

Address Line 1:
Address Line 2:
City/State/Zip:
Phone #:
Fax #:

---

Preferred Form of Contact: (Please check)
☐ E-mail ☑ Telephone

---

Date Hired: **12/4/17** Position held: **Journeyman Electrician**
Still employed? ☐ Yes ☑ No

HR Personnel Officer/EEO Officer/or Highest Ranking Officer on work site:
**None**

---

Name of Employer *(Please be sure to give the complete Company name and address where you physically worked)*

**Melton Electric**

15 or more employees:
☑ Yes ☐ No

---

Company Address
Address Line 1: **2309 Karbach Street**
Address Line 2:
City/State/Zip: **Houston, Texas 77092**
Phone #: **(713) 680-0011**

Company Officer Address
Address Line 1:
Address Line 2:
City/State/Zip:
Phone #:

---

| BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows: | ☑ Age (You must be 40 years of age or older to qualify): Date of Birth: 06/26/63 Month/day/year Age at time of incident: 54 | ☐ Color (Based on skin color): ☐ Black ☑ Brown ☐ White ☐ Other: | ☐ Disability: ☐ Disabled ☐ History of disability ☐ Regarded as disabled (Pregnancy is NOT a disability unless you are regarded as disabled.) |
| --- | --- | --- | --- |
| **Please mark only the basis you believe were the reasons you were discriminated.** | ☐ GINA (Genetic Information Non-discrimination Act) | ☐ National Origin: ☑ African-American ☐ Anglo/Caucasian ☐ East Indian ☐ Hispanic ☐ Mexican ☐ Other: | ☐ Race: ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☑ Black ☐ White ☐ Other: |
| **EXAMPLE: If your treatment was because of your race, then check only the box by your race.** | ☐ Religion: ☑ Baptist ☐ Catholic ☐ Jewish ☐ Muslim ☐ Other: | ☐ Retaliation: ☐ Assisted another filing discrimination ☐ Filed a complaint of discrimination ☐ Participated in discrimination investigation. ON THIS DATE: ___/___/___ Month/day/year | ☐ Sex: ☐ Female ☐ Female/Pregnancy ☑ Male |

---

Form 1000

Revised: 03/2017

## Employment Harms or Actions (Mark all that apply)

| | | |
|---|---|---|
| ☐ Demotion (D1) | ☐ Layoff (L1) | ☐ Suspension (S5) |
| ☐ Discharge (D2) | ☐ Promotion (P3) | ☐ Terms & Conditions (T2) |
| ☐ Discipline (D3) | ☐ Reasonable Accommodation (R6) | ☐ Training (T4) |
| ☑ Harassment (H1) | ☐ Severance Pay (B5) | ☐ Wages (W1) |
| ☐ Hiring (H2) | ☐ Sexual Harassment (S4) | ☐ Other: |

*The following questions are regarding the employment harms or actions taken against you.*
*(Each incident must be within 180 days of the date you submit your complaint to the TWCCRD.)*

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**

Earliest (Month/Day/Year)
12 / 11 / 17

Latest (Month/Day/Year)
12 / 19 / 17

☐ CONTINUING ACTION

Name and Position Title of person(s) who did the harm:

Mr. Steve McClendon, Foreman

(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)

Caucasian-American

Did you complain of discrimination to your employer? ☑ Yes ☐ No
If Yes, date of complaint: 12 / 19 / 17 (Month/Day/Year)
Name and Position Title of person(s) you complained to:

Mr. Randy Nesbitt, office manager

Explain why you believe the employment Harm(s) and/or action(s) were discriminatory:

See Attachment Letter

**Employer's reason for its action:**

unknown

**Are there other employees treated more fairly than you?** ☐ Yes ☐ No  unknown
If Yes, please provide the information below:

| Full Name and Position Title | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| | |
| | |
| | |

**What are you seeking as a resolution to your case?** Mr. Steve MoClendon should have is license revoked Melton Electric should pay #300,000.00 in punitive damages

**What is the most convenient method to contact you:**

☐ Email:                                    ☑ Telephone: (832 364 - 9478

_Lee Arthur Hickman_
**Signature**

12/20/2017
**Date**

State Of Texas                                          County Of Harris

## Affidavit

My name is Mr. Lee Arthur Hickman. I am a licensed Journeyman Electrician here in the State of Texas. I am 54 years of age and mentally competent to make this Affidavit. I am personally acquainted with the facts herein stated:

On or about December 04, 2017, I was hired by Melton Electric through the International Brotherhood of Electricians Union Local 716. I was sent to work for a Mr. Steve McClendon at Memorial Herman Hospital. I feel as though I have been subjected to racial discrimination through harassment, by Mr. Steve McClendon and Melton Electric. On Tuesday, December 19, 2017 I tried to resolve this dispute with Melton Electric peacefully. However, when I spoke with Mr. Randy Nesbitt, one of Melton Electric's office personnel, he told me he could not transfer me to another project. And I know they have other projects ongoing. You see I have been an electrician in Texas now for about ten years. And I know that journeyman electricians like Mr. Steve McClendon, who became journeyman electricians before the State of Texas made it mandatory to take a test,

usually have animosity towards journeyman electricians like myself who had to go to school and take a very hard test to become journeyman. When I worked for Mr. McClendon, he would give me very vague instructions and a very limited time to complete them, not to mention vulgar yelling tirades when unreasonable deadlines were not met. At first I thought he was just being difficult because of my status. Then on one occasion he gave me one of the difficult dangerous tasks and one of the construction companies safety people observed it and reported us to his superiors. After a long discussion the safety personnel let us continue. Mr. McClendon found out the safety person who reported us was an African-American, he walked up behind me and whispered to me "That's your people". That's when I knew, he had some preconceived notions about African-Americans. You see I am African-American and Mr. Steve McClendon is Caucasian-American. An now I realized my harsh treatment was due to his prejudice against African-Americans. How many other African-Americans have got my similar treatment, but were too afraid to come forward. On numerous occasions, Mr. Steve

McClendon threatened about laying me off. But I only worked for the company for about two weeks. He did not have enough time to make a reasonable decision about my work abilities. I feel his opinion was acquired from a preconceived idea about all African-Americans. Mr. McClendon told me he has worked for Melton Electric for 17 years, and it is safe to say they are not going to fired him for his behavior. That's why I am requesting for the State of Texas to revoke his license. Can the State of Texas sit back and let this type of egregious behavior continue.

**I Mr. Lee Arthur Hickman, hereby declare under penalty of perjury that all the forgoing information is true and correct to the best of my knowledge.**

*Lee Arthur Hickman*

**SIGNATURE**

**BEFORE ME THE UNDER SIGNED AUTHORITY PERSONALLY APPEARED:**

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

ANTHONY CHARLES KAY
Notary Public, State of Texas
Comm. Expires 08-10-2021
Notary ID 2041640

# FIRST CORRESPONDENCE
# FROM
# UNITED STATES
# EQUAL EMPLOYMENT OPPORTUNITY
# COMMISSION



### U.S. Equal Employment Opportunity Commission
### Houston District Office

Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002
(713) 651-4900
TTY (713) 651-4901
Fax: (713) 651-4902

Respondent: MELTON ELECTRIC
EEOC Charge No.: 460-2018-01464
FEPA Charge No.:

January 5, 2018

Lee A. Hickman
217 East 30th Street
Houston, TX 77018

Dear Mr. Hickman:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

[ ]    The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make corrections.

(2)    Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filing date.

(3)    Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Texas Workforce Commission Civil Rights Division 101 East 15th St Guadalupe-CRD Austin, TX 78778 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Gabriel Cervantes
Investigator
(713) 651-4918

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 460-2018-01464 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Lee A. Hickman | (832) 364-9478 | 6/261963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 217 East 30th Street, | Houston, TX 77018 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MELTON ELECTRIC | 15 - 100 | (713) 680-0011 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2309 Karbach, | Houston, TX 77092 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-11-2017**    Latest **12-19-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about December 4, 2017, I started working for Respondent as a Journeyman Electrician. From December 11, 2017 through December 19, 2017, Steve McClendon, Foreman, Caucasian, subjected me to a racially hostile work environment by: giving me vague instructions and very limited time to complete them, yelling and cursing at me when I was unable to meet his unreasonable deadlines and threatening to lay me off.

On one occasion, Mr. McClendon assigned me a difficult, dangerous task. An African-American safety person from another construction company observed me performing the dangerous task and reported it to his superiors. After a long discussion, the safety personnel allowed us to continue with the project. Mr. McClendon found out that the safety person was African-American and whispered to me, "That's your people."

On December 19, 2017, I reported Mr. McClendon's inappropriate conduct to Randy Nesbitt, Human

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 01/12/2018    *Lee A Hickman* | *Lee A. Hickman* |
| Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 1-12-2018 |
| | *Anthony C* |

ANTHONY CHARLES KAY
Notary Public, State of Texas
Comm. Expires 06-10-2021
Notary ID 2041640

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2018-01464 |

**Texas Workforce Commission Civil Rights Division** and EEOC

*State or local Agency, if any*

Resources; however, Mr. Nesbitt refused to take any corrective action. Moreover, Mr. Nesbitt refused to transfer me to another project.

I believe that I have been discriminated against because of my race, African-American, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Lee A. Hickman* |
| 01/12/2018 *Lee A. Hickman*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) 1-12-2018<br>*Anthony C. K*<br>ANTHONY CHARLES KAY<br>Notary Public, State of Texas<br>Comm. Expires 08-10-2021<br>Notary ID 2041640 |

# ADDITONAL EVIDENCE
# SENT TO
# UNITED STATES
# EQUAL EMPLOYMENT OPPORTUNITY
# COMMISSION

**U.S. Equal Employment Opportunity Commission**
**Houston District Office**

Complainant: Mr. Lee Arthur Hickman

Versus

Respondent: Melton Electric

EEOC Charge No. 460-2018-01464

Evidence in support of Complainant's claim.

[Exhibit #1]

The Complainant herein claims the Respondent is guilty of harassment in the workplace. To further exemplify the Complainant's claim, on or about Thursday, December 28, 2017 the Complainant was scheduled to receive funds from work preformed for Melton Electric. However, Mr. Steve McClendon (a foreman of Melton Electric) failed to turn in the time sheet correctly and the Complainant did not receive all the funds due. Only after the Complainant contacted Human Resources personnel from Melton Electric did he receive all the funds owed to him. With only two employees to turn in time sheets for, any reasonable person could conclude that this was a deliberate act by this unscrupulous individual. A log of transactions of the Complainants banking transactions showing two separate deposit transactions by Melton Electric on Thursday, December 28, 2017 and Friday, December 29,2017, is included in this package.

[Exhibit #2]

On or about December 19, 2017, the Complainant claims that during the time he worked for Melton Electric, Mr. Steve McClendon gave him outrageous endeavors to accomplish and a very limited window to achieve them. Included in this package as "Exhibit #2" is an actual handwritten note give to the Complainant by Mr. McClendon at about 11:00 AM with instructions to finish all of it before leaving at 2:30 PM. Not to include a 30 minute Lunch at 12:00 PM. Line number one: {"Fix 1" & ¾" @ East Nurse Station"} There was two EMT conduits penetrating thru a wall at the nurse station at the East end of the hallway. This conduit had to be remove and replaced to go in another direction. This in itself could have taken the rest of the day, if Mr. McClendon had given the Complainant the tools to accomplish this task. But that is a whole other story. Line number two: {"finish wall Rough In North end Phase IV"} In the two days prior to December 19, 2017 the Complainant and a helper

roughed-in an entire area, of Mr. McClendon project. There were several walls that still needed to be finished, not mention several other items besides the wall rough-in that had to be done. This was the first task he gave them, but before they could finish it earlier than he expected. He gave the Complainant this note. However, the Complainant finished this task, but it took at least the majority of the time left. Line number three: {"Re route conduit above west nurse station"} There was a section at the north end of the project where about 50 feet of ¾" EMT conduit was installed. The pipe needed to be removed and new conduit installed in its place. Far too much work to be accomplished in less than three hours. Mr. McClendon new this was far too much to accomplish in the little bit of time allowed. After giving this note to the Complainant, Mr. McClendon left the area and told them, his cell phone was off. When he found out it all had not been accomplished, he went on one of his profane tirades. This is when the Complainant knew it was either time to terminate this employment, before a violent confrontation occurred. The Complainant express these concerns to the person he thought was the supervisor. Mr. Randy Nesbitt, however the Complainants claims were dismissed a frivolous which have led to this action today.

[Exhibit #3]

There is an eye-witness to the allegations of the Complainant, a first year electrician apprentice, Miss Laura Shea (832) 253-2532. Melton Electric, legal department have no doubt corrupted Miss Shea's testimony. However, the Complainant does not believe that a God-fearing Christian like Miss Shea would deliberately lie under oath. She should be asked these following question without being intimidated by any Melton Electric employees or affiliates:

{Question#1}

"Did the Complainant every complain to Mr. McClendon that he felt that climbing the 20 foot extension ladder was dangerous in her presence?"

{Question#2}

"Did McClendon every yell at the Complainant in her presence?"

{Question#3}

"On December 18, 2017, when Mr. McClendon told her and the complainant to fix the conduit at the nurse's station did he give them the necessary equipment to do this job? If so, what was the necessary tools?"

**EXHIBIT #1**

Fix 1" & 3/4 @ ~~West~~ East Nurse Station

finish wall Rough IN North End Phase III

RE Route Conduit Above ~~East~~ West Nurse station

# EXHIBIT #2

PrimeWay Federal Credit Union

01/18/2018 08:45 PM

## Free Checking *7980 - 7

Current **$231.61**

Available** **$231.61**

## Dec 20, 2017 - Jan 18, 2018 30 days

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| Pending | ACH Deposit / PROG COUNTY MUT 9409348153 INS PREM 180119 BRANCH03CREDIT ACH PPD 021000020338232 | $2.88 | |
| 01/18/2018 | POS Card purchase / FIESTA MART #1 5411 (2018-01-18) 4711 AIRLINE I45 HOUSTON TX 34296001 | -$25.88 | $231.61 |
| 01/16/2018 | ACH Withdrawal / FPB CR CARD 3411894456 INTERNET 011218 INTERNET 091408596658467 | -$30.00 | $257.49 |
| 01/15/2018 | Card purchase / HUNGRY FARMER BAR-B-Q 5812 (2018-01-13) HOUSTON TX 02666401 | -$19.38 | $287.49 |
| 01/14/2018 | Card purchase / DAIRY QUEEN #14248 5814 (2018-01-12) HOUSTON TX 00330247 | -$13.18 | $306.87 |
| 01/09/2018 | Card purchase / U-HAUL MOVING & STORAG 7513 (2018-01-07) HOUSTON TX 08560078 | -$44.73 | $320.05 |
| 01/09/2018 | Card purchase / U-HAUL MOVING & STORAG 7513 (2018-01-07) HOUSTON TX 08560086 | -$142.06 | $364.78 |
| 01/08/2018 | Cash Deposit | $60.00 | $506.84 |
| 01/05/2018 | Check #1262: Draft Withdrawal / Draft #1262 Tracer:995000679 | -$40.00 | $446.84 |
| 01/04/2018 | Card purchase / BURGER KING #12222 5814 (2018-01-02) HOUSTON TX 00006901 | -$11.56 | $486.84 |
| 01/03/2018 | Card purchase / USPS.COM MOVER'S GUIDE 9402 (2018-01-02) 800-238-3150 TN 08462099 | -$1.00 | $498.40 |
| 01/03/2018 | ATM Withdrawal / Cardtronics C2 6011 (2018-01-03) 200 W 20TH ST HOUSTON TX WX003786 | -$40.00 | $499.40 |
| 01/03/2018 | ACH Withdrawal / CAPITAL ONE 9279744991 ONLINE PMT 180101 051405518155697 | -$25.00 | $539.40 |
| 01/03/2018 | ACH Withdrawal / MERRICK BANK COR 9000002935 ONLINEPYMT 124384601378553 | -$35.00 | $564.40 |
| 01/03/2018 | ACH Withdrawal / VZ WIRELESS VE 0000751800 VZW WEBPAY 180102 800-350-2830 021000028874670 | -$82.22 | $599.40 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/02/2018 | Card purchase / JACK IN THE BOX 0606 5814 (2017-12-31) HOUSTON TX | -$7.46 | $681.62 |
| 01/02/2018 | ACH Withdrawal / Chevron CC 9069872103 CHVTX EPAY 010118 021000021012388 | -$30.00 | $689.08 |
| 01/02/2018 | ACH Withdrawal / DELL PREFERRED 9500000000 ONLINE PMT 180102 064100854517158 | -$34.00 | $719.08 |
| 01/02/2018 | ACH Withdrawal / HOME DEPOT CITICTP ONLINE PMT 180101 091409683495697 | -$27.00 | $753.08 |
| 01/02/2018 | ACH Withdrawal / CREDITSHOP WFC 2463666406 PAYMENT 180101 ACH_PAYMENTS 091000011222193 | -$67.80 | $780.08 |
| 01/01/2018 | Home banking Withdrawal / Transfer to Loan 0147: Internet Access 01/01/2018 10:26 931318: | -$111.14 | $847.88 |
| 12/31/2017 | POS Card purchase / FIESTA MART #1 5411 (2017-12-31) 4711 AIRLINE I45 HOUSTON TX 34296001 | -$18.88 | $959.02 |
| 12/30/2017 | POS Card purchase / NST THE HOME D 5200 (2017-12-30) 999 WEST N LOOP HOUSTON TX 06116050 | -$5.38 | $977.90 |
| 12/29/2017 | Check #1260: Draft Withdrawal / Draft #1260 Tracer:995000020 | -$88.00 | $983.28 |
| 12/29/2017 | ACH Deposit / MELTON ELEC 8741614813 field payr 000000 field payroll 113000963442081 | ░░░░░░ | $1,071.28 |
| 12/28/2017 | ACH Deposit / MELTON ELEC 8741614813 field payr 000000 field payroll 113000963035083 | ░░░░░░ | $855.51 |
| 12/27/2017 | POS Card purchase / USPS PO 48017900 3816 N S 9402 (2017-12-27) HOUSTON TX 99999999 | -$2.38 | $639.73 |
| 12/27/2017 | ACH Withdrawal / Synchrony Bank 9856794001 CC PYMT DEC 27 021000024078199 | -$25.00 | $642.11 |
| 12/27/2017 | ACH Withdrawal / EXXONMOBIL CITICTP ONLINE PMT 171226 091409686045275 | -$10.00 | $667.11 |
| 12/26/2017 | Check #1259: Draft Withdrawal / Draft #1259 Tracer:992000795 | -$30.07 | $677.11 |
| 12/26/2017 | Card purchase / JACK IN THE BOX 3665 5814 (2017-12-24) HOUSTON TX | -$11.34 | $707.18 |
| 12/25/2017 | Card purchase / LUBYS CAFE #0151 Q99 5814 (2017-12-24) HOUSTON TX 49280594 | -$15.13 | $718.52 |
| 12/24/2017 | Card purchase / HUNGRY FARMER BAR-B-Q 5812 (2017-12-22) HOUSTON TX 02666401 | -$12.94 | $733.65 |
| 12/24/2017 | ATM Withdrawal / PRIMEWAY 6011 (2017-12-24) 3800 WASHINGTON AV HOUSTON TX XK4348 | -$20.00 | $746.59 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 12/22/2017 | POS Card purchase / KROGER 5411 (2017-12-22) 239 W 20TH ST HOUSTON TX 20060950 | -$9.62 | $766.59 |
| 12/21/2017 | POS Card purchase / FIESTA MART LI 5411 (2017-12-21) 2807 N SHEPHERD HOUSTON TX 34294301 | -$44.37 | $776.21 |
| 12/21/2017 | ACH Deposit / MELTON ELEC 8741614813 field payr 000000 field payroll 113000961984308 | $771.92 | $820.58 |
| 12/20/2017 | Card purchase / COH PARKING METERS 7523 (2017-12-19) HOUSTON TX 00005038 | -$12.00 | $48.66 |
| 12/20/2017 | ACH Withdrawal / PROG COUNTY MUT 9409348153 INS PREM 171220 BRANCH03DEBIT ACH 021000026298655 | -$169.81 | $60.66 |

## ** This balance may include overdraft or line of credit funds.

# RELATED GRIEVENCE

**U.S. Department of Labor**    **Occupational Safety and Health Administration**
Houston South Area Office
17625 El Camino Real, Suite 400
Houston, TX 77058
Phone: (281)286-0583   Fax: (281)286-6352
http://www.osha.gov

January 10, 2018

Lee Hickman
217 East 30th Street
HOUSTON, TX 77018

RE: OSHA Complaint No. 1299373

Dear Lee Hickman:

We have received your notice of alleged workplace hazard(s) against Melton Electric Inc. After careful consideration we have determined that:

> The hazard no longer exists because you are no longer employed by this employer. Your current complaint does not fall within OSHA's jurisdiction because there is no current employer/employee relationship between you and Melton Electric Inc.

If you do not agree with this decision, you may contact me for a clarification of the matter. You also have the right to an informal review by the OSHA Regional Administrator, who may be contacted at the following location:

KELLY KNIGHTON
Regional Administrator
U.S. Department of Labor
Occupational Safety and Health Administration
525 Griffin St., Room 602
Dallas, Texas 75202

This review may be obtained by submitting a written statement of your position to the Regional Administrator. The Regional Administrator will provide the employer with a copy of your statement by certified mail. Your identity will be withheld unless you explicitly request that it be revealed.

Section 11(c) of the OSH Act provides protection for employees against discrimination because of their involvement in protected safety and health related activity. If you believe you are being treated differently or action is being taken against you because of your safety or health activity, you may file a complaint with OSHA. You should file this complaint as soon as possible, since OSHA normally can accept only those complaints filed <u>within 30 days of the alleged discriminatory action</u>.

In responding to this office, please include the complaint number on all correspondence.

Your interest in workplace health and safety is appreciated.

Sincerely,

Mark R. Briggs
Area Director

Enclosure(s)

OSHA'S MISSION: To assure safe and healthful working conditions for working men and women.

HSAO's Vision: Utilizing the talents and skills of OSHA's finest, we will execute "The Missions" professionally, effectively, efficiently and with respect toward one another and our constituents. To meet this vision we will use the values set forth in TEAM CORE.

# U.S. Department of Labor
Occupational Safety and Health Administration



## Notice of Alleged Safety or Health Hazards

| Complaint Number: | 1299373 |
|---|---|

| Establishment Name | Melton Electric Inc. | | |
|---|---|---|---|
| Site Address | 1301 Cambridge Street,<br><br>Houston, TX 77030 | | |
| | Site Phone | | Site FAX |
| Mailing Address | 2309 KARBACH ST<br>Houston, TX 77092 | | |
| | Mail Phone | 713-680-0011 | Mail FAX 713-956-4947 |
| Management Official | Steve McClendon | | Telephone |
| Type of Business | | | |
| Primary SIC | 1731 | Primary NAICS | 238210 - Electrical Contractors and Other Wiring Installation Contractors |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

Workers are made to climb 40-ft to 50-ft extension ladders and not provided fall protection.

| Source 1 | | | |
|---|---|---|---|
| *Has this condition been brought to the attention of:* | | | |
| *Please indicate Your Desire to Reveal Source:* | | No | |
| *The Undersigned believes that a violation of an Occupational Safety or Health Standard exists which is a job safety or health hazard at the establishment named on this form* | | (Mark "X" in ONE) __Employee __Federal Safety and Health Committee __Representative of Employees __Other (specify) | |
| *Complainant Name* | Lee Hickman | *Telephone* | 832-364-9478 |
| *Complainant Address* | | 217 East 30th Street HOUSTON, TX 77018 | |
| *Complainant E-mail Address* | | lahfishman@att.net | |
| *Send UPA Results?* | Yes | *If no UPA results sent, why?* | |
| *Signature* | | *Date* | |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:

| *Organization Name:* | | *Your Title:* | |
|---|---|---|---|

**217 East 30th Street**
**Houston, Texas 77018**
**January 2, 2018**

U.S. DEPARTMENT OF LABOR - OSHA
JAN 1 0 2018
HOUSTON SOUTH AREA OFFICE

**Occupational Safety And Health Administration**
**Houston South Area Office**
**17625 El Camino Real, suite 400**
**Houston, Texas 77058**

**To whom it may concern,**

**My name is Mr. Lee Arthur Hickman. I wrote this complaint not really knowing your grievance process. However, I do know a little about our country's legal system and since I intend to take my grievances through our Court system I used the Court system's format to submit this complaint. Your website was having problems a few days ago so if you have some complaint form please send it back to me. Please read all I have written and acknowledge my claims. I look forward to hearing from you. Thank you for your time.**

**Respectfully submitted**
**Mr. Lee Arthur Hickman**

State Of Texas                                                    County Of Harris

## AFFIDAVIT

My name is Mr. Lee Arthur Hickman. I am a licensed Journeyman Electrician here in the State of Texas. I am 54 years of age and mentally competent to make this Affidavit. I am personally acquainted with the facts herein stated:

This is my formal complaint against Melton Electric, 2309 Karbach, Houston, Texas 77092-8003. On or about December 04, 2017. I was hired by Melton Electric through the International Brotherhood of Electric Workers Union, local 716 (hereafter referred to as IBEW). I was sent to work for another Journeyman Electrician, a Mr. Steve McClendon at Memorial Herman Hospital. Mr. McClendon had me working at two different locations, one at TIRR Memorial Herman Hospital, 1333 Moursund Street, Houston, Texas 77030. And the other site was at a construction site whose address may be difficult to locate, because it is in the beginning stage of construction. However, it very easy to spot, because of the magnitude of construction being attempted. The site is located just next to the Emergency Room entrance to Memorial Herman at 1401 Cambridge Street Houston, Texas 77030. The new address is approximately 1301 Cambridge Street, Houston, Texas, 77030. I always

met up with Mr. McClendon and he led me to the construction site. During the time I worked for Mr. McClendon, I feel he gave me a task that was in violation of OSHA (OSHA – Occupational Safety and Health Administration) safety guidelines. He compelled me to do this task and threatened termination if I refused. I gave him numerous alternate suggestions on how complete this task, but he refused. I feel he was more concerned with the cost of the alternative, over my safety. You see I installed 1-inch EMT conduit in an elevator pit, on a 40-foot extension ladder. But before I could attempt this task every day I had to climb the 40-foot extension ladder, without being tied off to install a "Fall Protection Concrete Anchor" in the wall for a tie off point. However, every time I installed the safety anchor I was almost 50-feet in the air without being tied off. According to OSHA safety guidelines a person over 6 -feet on a ladder should be tied off with a safety harness. This was the scariest task I have ever performed as an electrician. A first-year electrician apprentice was tasked with holding the base of the ladder {Miss. Laura Shea (832) 253-2532}. However, I had no faith that this 180-lb. female worker could support me and my 265-lbs. I know that Mr. McClendon was trying to make me quit. And that's just what

happened. My life is more important to me than a job. On or about December 19, 2017 I tried to resolve this dispute with Melton Electric peacefully. However, when I spoke with Mr. Randy Nesbitt, one of Melton Electric's office personnel, he told me he could not transfer me to another project. And I know a company the size of Melton Electric had more ongoing projects. You see I have been an electrician now for about ten years. And I know that journeyman electricians like Mr. Steve McClendon, that became journeyman electricians before the State of Texas made it mandatory to take a test. Usually have animosity towards journeyman electricians like myself who had to go to school and take very hard test to become journeyman. When I worked for Mr. McClendon, he would give me very vague instructions and a very limited time to complete them, not to mention vulgar yelling tirades when unreasonable deadlines were not met. At first, I thought he was just being difficult because of my status. Then on one occasion, when I was installing the concrete safety anchor. A safety personnel from Vaughn Construction, observed me doing the unsafe task and reported us to his superiors. When Mr. McClendon found out the safety person who reported us was an African-American. He walked up behind me and whispered, "That's

Your People". That's when I finally realized what was the problem. You see I am African-American and Mr. McClendon is Caucasian-American. And now I know my harsh treatment all along has due to the fact that Mr. McClendon is prejudice against African-Americans. And the harassment I have endured was not about something I did wrong. I have filed complaints with the Texas Workforce Commission and the Equal Employment Opportunity Commission. Both grievances are awaiting disposition. Now I request that your organization investigate my claims and bring these individuals to justice. Thank you for your co-operation.

**I Mr. Lee Arthur Hickman, hereby declare under penalty of perjury that all the forgoing information is true and correct to the best of my knowledge.**

*Lee Hickman*

**SIGNATURE**

**BEFORE ME THE UNDER SIGNED AUTHORITY PERSONALLY APPEARED:** 1/2/18

ANTHONY CHARLES KAY
Notary Public, State of Texas
Comm. Expires 08-10-2021
Notary ID 2041640

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

**ATTORNEY REFUSALS**

# Wauson ◆ Probus

A Professional Corporation
ATTORNEYS AT LAW

**JOHN WESLEY WAUSON**
jwwauson@w-plaw.com
  BOARD CERTIFIED. Civil Trial Law
  Texas Board of Legal Specialization

ONE SUGAR CREEK CENTER BLVD.. SUITE 880
SUGAR LAND. TEXAS 77478
281-242-0303 - Telephone
281-242-0306 - Telecopier

**MATTHEW B. PROBUS**
mbprobus@w-plaw.com
  Also licensed in the Commonwealth
  of Massachusetts

February 15, 2018

*__Via U.S. Regular First Class Mail__*
Lee Arthur Hickman
217 East 30th Street
Houston, Texas 77018

Re:    Declining Representation

Dear Mr. Hickman:

This will confirm our receipt of your unsolicited letter requesting legal assistance with regard to your Equal Employment Opportunity Claims and your complaints to OSHA.

Please be advised that we are not in a position to assist you in this matter. Please also note that we have not been engaged by you and would not be engaged to represent a client such as this without the execution by both you and the firm of an employment agreement. Again, we are not in a position to represent you on this matter.

Please note that time is of the essence. You received a "Right to Sue" letter from the EEOC. That Right to Sue letter gives you a very short period of time during which to bring an action or else your claims will be waived and no remedies will be available to you. YOU MUST ACT IMMEDIATELY TO SECURE COUNSEL OR OTHER ASSISTANCE IN BRINGING YOUR CLAIM.

Good luck in your endeavors.

Very truly yours,

John Wesley Wauson
For the Firm

Enclosures

# Law Offices of James R. Davis

1447 Yale St.
Houston, Texas 77008
www.employmentlawyers.com
jamesdavis@employmentlawyers.com
(713) 721-0500
(713) 426-6010 FAX
Licensed in Texas and Ohio

February 12, 2018

**SENT VIA PRIORITY MAIL**

Mr. Lee Hickman
14500 Cutten Rd. #9104
Houston, Texas 77069

Dear Mr. Hickman,

I am unable to assist you with this matter. Please refer the Houston Lawyer Referral Service at HLRS.org or by calling 713-237-9429.

Sincerely,

James R. Davis, Attorney

# FINAL CORRESPONDENCE
# FROM
# UNITED STATES
# EQUAL EMPLOYMENT OPPORTUNITY
# COMMISSION

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Lee A. Hickman<br>217 East 30th Street<br>Houston, TX 77018 | From: Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2018-01464 | Gabriel Cervantes,<br>Intake Supervisor | (713) 651-4918 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Rayford O. Irvin,
District Director

JAN 2 6 2018
(Date Mailed)

Enclosures(s)

cc:
Randy Nesbitt
HR Manager
MELTON ELECTRIC OF HOUSTON
P. O. Box 920699
Houston, TX 77092

Lowell Keig, Executive Director
TWC-Civil Rights Division
101 East 15th Street, Room 144-T
Austin, Texas 78778-0001

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**ORIGINAL COMPLAINT**