United States District Court
Southern District of Texas
**ENTERED**
March 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE ARTHUR HICKMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-693 |
| | § | |
| MELTON ELECTRIC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 26) dated February 27, 2019,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court. Plaintiff may file an amended complaint that sets forth a race discrimination claim under Title VII within fourteen (14) days from the date of this Order.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** this 25th day of March, 2019, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.