IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE ARTHUR HICKMAN, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-18-0693 |
| MELTON ELECTRIC, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed <u>de novo</u> the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 30) dated June 6, 2019,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** on this the 27th day of June, 2019, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1]The parties filed no objections to the Memorandum and Recommendation.